UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RASMUSSEN,<br><br>          Plaintiff,<br><br>   v.<br><br>TESLA, INC.,<br><br>          Defendant. | Case No.  19-cv-04596-SVK<br><br>**ORDER OF RECUSAL** |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: August 9, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge