| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| 2 | PPreovolos@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 4 | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 5 | SEAN P. GATES (CA SBN 186247) |
| 6 | SGates@charislex.com<br>DOUGLAS J. BETETA (CA SBN 260377) |
| 7 | dbeteta@charislex.com<br>CHARIS LEX P.C. |
| 8 | 301 N. Lake Ave., Suite 1100<br>Pasadena, California 91101 |
| 9 | Telephone: 626.508.1717<br>Facsimile: 626.508.1730 |
| 10 | Attorneys for Defendant TESLA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, et al., | Case No.: 5:19-cv-04596-VKD |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCES** |
| TESLA, INC., | |
| Defendant. | |

---

NOTICE OF APPEARANCES

CASE NO.: 5:19-cv-04596-VKD

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorneys Sean Gates and Douglas J. Beteta of the law firm of Charis Lex P.C., 301 N. Lake Ave., Suite 1100, Pasadena, California 91101, Telephone: 626.508.1717, Facsimile: 626.508.1730, email addresses sgates@charislex.com and dbeteta@charislex.com, members of the State Bar of California, hereby enter their appearance as counsel of record for Tesla, Inc. in the above-captioned matter.

Please also take notice that attorney Penelope A. Preovolos of the law firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, telephone (415) 268-7000, email addresses PPreovolos@mofo.com, member of the State Bar of California, hereby enters her appearance as additional counsel of record for Tesla, Inc. in the above captioned matter.

Tesla, Inc. hereby requests that all further pleadings, notices, documents, or other papers herein be provided to and served upon counsel at the addresses set forth above.

Dated:  October 8, 2019                     Respectfully submitted,

                                                   By:   */s/Sean P. Gates*
                                                            Sean P. Gates
                                                            CHARIS LEX P.C.
                                                            Attorneys for Defendant
                                                            TESLA, INC.