PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
DOUGLAS J. BETETA (CA SBN 260377)
dbeteta@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN,<br><br>       Plaintiffs,<br><br>       v.<br><br>TESLA, INC.,<br><br>       Defendant. | Case No.:  5:19-cv-04596-VKD<br><br>**DEFENDANT TESLA, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tesla, Inc., through the undersigned, discloses the following: There exists no parent corporation or publicly held corporation that owns 10% or more of Tesla's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  October 8, 2019

Respectfully submitted,

By:   /s/Sean P. Gates
         Sean P. Gates
         CHARIS LEX P.C.
         Attorneys for Defendant
         TESLA, INC.