PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
DOUGLAS J. BETETA (CA SBN 260377)
dbeteta@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;

WHEREAS, on October 10, 2019, after the case was reassigned, the Court set an initial case management conference for January 23, 2020 at 11:00 a.m., and related deadlines;

WHEREAS, the parties have agreed to engage in mediation;

WHEREAS, the parties are in the process of selecting a mediator, engaging in pre-mediation exchange of information, and scheduling a mediation;

WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court from unnecessarily expending resources pending mediation;

WHEREAS, the parties further agree that either party may terminate the stay upon written notice to the opposing party. In that event, Defendant's response to Plaintiff's Class Action Complaint shall be due 30 days thereafter, and the parties shall promptly propose a new date for the Case Management Conference;

THEREFORE, subject to the approval of the Court, the parties agree and stipulate as follows: The parties shall complete mediation prior to February 28, 2020, and shall submit a report to the Court on or before that date regarding the outcome of the mediation. This matter shall be stayed until February 28, 2020. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be March 13, 2020 and the Case Management Conference currently scheduled for January 23, 2019, at 11:00 a.m. shall be continued to March 26, 2020 at 11:00 a.m., or as soon thereafter as shall be convenient for the Court. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 30 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference.

IT IS SO STIPULATED.

Dated: October 28, 2019          Respectfully submitted,

                                 By:   /s/ Sean P. Gates
                                       Sean P. Gates
                                       CHARIS LEX P.C.
                                       Attorneys for Defendant
                                       TESLA, INC.

Dated: October 28, 2019          Respectfully submitted,

                                 By:   /s/ Edward C. Chen
                                       Edward C. Chen
                                       LAW OFFICE OF EDWARD C. CHEN
                                       Attorneys for Plaintiff
                                       DAVID RASMUSSEN

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Edward C. Chen has concurred in this filing.

Dated: October 28, 2019

                                 By:   /s/ Sean P. Gates
                                       Sean P. Gates
                                       CHARIS LEX P.C.
                                       Attorneys for Defendant
                                       TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties shall complete mediation prior to February 28, 2020, and shall submit a report to the Court on or before that date regarding the outcome of the mediation. This matter shall be stayed until February 28, 2020. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be March 13, 2020 and the Case Management Conference currently scheduled for January 23, 2019, at 11:00 a.m. shall be continued to March 26, 2020 at 11:00 a.m. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 30 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference.

Dated: October 31, 2019

_____
Honorable Beth L. Freeman
Judge of the United States District Court