PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
DOUGLAS J. BETETA (CA SBN 260377)
dbeteta@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC., a Delaware corporation.<br><br>    Defendant. | Case No.: 5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION**<br>AS MODIFIED BY THE COURT |

Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;

WHEREAS, on October 31, 2019, pursuant to the parties' stipulation, the Court stayed the case pending mediation until February 28, 2020, set Defendant's deadline to respond to Plaintiff's Class Action Complaint to March 13, 2020, and continued the Case Management Conference to March 26, 2020 (ECF No. 21);

WHEREAS, the parties previously scheduled a mediation for February 13, 2019, but to allow sufficient to time to prepare for a productive session, they have instead sought a later mediation date with the Hon. Daniel Weinstein and Cathy Yanni of JAMS, Inc.;

WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court from unnecessarily expending resources pending mediation;

WHEREAS, the parties further agree that either party may terminate the stay upon written notice to the opposing party. In that event, Defendant's response to Plaintiff's Class Action Complaint shall be due 30 days thereafter, and the parties shall promptly propose a new date for the Case Management Conference;

THEREFORE, subject to the approval of the Court, the parties agree and stipulate as follows: This matter shall be stayed until March 31, 2020 to facilitate the parties' mediation. The parties shall submit a report to the Court on or before that date regarding the outcome of the mediation. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be April 14, 2020 and the Case Management Conference currently scheduled for March 26, 2020, at 11:00 a.m. shall be continued to May 14, 2020 at 11:00 a.m., or as soon thereafter as shall be convenient for the Court. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 30 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference.

IT IS SO STIPULATED.

Dated:  February 20, 2020            Respectfully submitted,


                                      By:   */s/ Sean P. Gates*
                                            Sean P. Gates
                                            CHARIS LEX P.C.
                                            Attorneys for Defendant
                                            TESLA, INC.

Dated:  February 20, 2020            Respectfully submitted,


                                      By:   */s/ Edward C. Chen*
                                            Edward C. Chen
                                            LAW OFFICE OF EDWARD C. CHEN
                                            Attorneys for Plaintiff
                                            DAVID RASMUSSEN

Dated:  February 20, 2020            Respectfully submitted,


                                      By:   */s/ Nimish R. Desai*
                                            Nimish R. Desai
                                            LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP
                                            Attorneys for Plaintiff
                                            DAVID RASMUSSEN

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Edward C. Chen has concurred in this filing.

Dated:  February 20, 2020

By:   /s/ Sean P. Gates
            Sean P. Gates
            CHARIS LEX P.C.
            Attorneys for Defendant
            TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter shall be stayed until March 31, 2020 to facilitate the parties' mediation. The parties shall submit a report to the Court on or before that date regarding the outcome of the mediation. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be April 14, 2020 and the Case Management Conference currently scheduled for March 26, 2020, at 11:00 a.m. shall be continued to May 21, ~~14,~~ 2020 at 11:00 a.m., ~~or as soon thereafter as shall be convenient for the Court~~. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 30 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference

Dated: February 20, 2020

*[signature]*
Honorable Beth L. Freeman
Judge of the United States District Court