PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
DOUGLAS J. BETETA (CA SBN 260377)
dbeteta@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.:  5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION** |

Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;

WHEREAS, on February 20, pursuant to the parties' stipulation, the Court stayed the case pending mediation until March 31, 2020, set Defendant's deadline to respond to Plaintiff's Class Action Complaint to April 14, 2020, and continued the Case Management Conference to May 21, 2020 (ECF No. 23);

WHEREAS, the parties previously scheduled a mediation for April 14, 2020, but given the current COVID-19 pandemic, they have instead agreed to a mediation on May 27, 2020 with the Hon. Daniel Weinstein and Cathy Yanni of JAMS, Inc.;

WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court from unnecessarily expending resources pending mediation;

WHEREAS, the parties have negotiated a date certain by which Tesla will produce relevant information to Plaintiffs, and will engage in further exchange of information as needed ahead of the mediation;

WHEREAS, the parties further agree that either party may terminate the stay upon written notice to the opposing party. In that event, Defendant's response to Plaintiff's Class Action Complaint shall be due 21 days thereafter, and the parties shall promptly propose a new date for the Case Management Conference;

THEREFORE, subject to the approval of the Court, the parties agree and stipulate as follows: This matter shall be stayed until May 29, 2020 to facilitate the parties' mediation. The parties shall submit a report to the Court on or before that date regarding the outcome of the mediation. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be June 23, 2020 and the Case Management Conference currently scheduled for May 21, 2020, shall be continued to July 9, 2020 at 11:00 a.m., or as soon thereafter as shall be convenient for the Court. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 21 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference.

IT IS SO STIPULATED.

Dated:  March 31, 2020                    Respectfully submitted,


                                          By:  /s/ Sean P. Gates
                                               Sean P. Gates
                                               CHARIS LEX P.C.
                                               Attorneys for Defendant
                                               TESLA, INC.

Dated:  March 31, 2020                    Respectfully submitted,


                                          By:  /s/ Edward C. Chen
                                               Edward C. Chen
                                               LAW OFFICE OF EDWARD C. CHEN
                                               Attorneys for Plaintiff
                                               DAVID RASMUSSEN


Dated:  March 31, 2020                    Respectfully submitted,


                                          By:  /s/ Nimish R. Desai
                                               Nimish R. Desai
                                               LIEFF CABRASER HEIMANN &
                                               BERNSTEIN, LLP
                                               Attorneys for Plaintiff
                                               DAVID RASMUSSEN

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai and Edward C. Chen have concurred in this filing.

Dated: March 31, 2020

By:   */s/ Sean P. Gates*
      Sean P. Gates
      CHARIS LEX P.C.
      Attorneys for Defendant
      TESLA, INC.

Case 5:19-cv-04596-BLF   Document 26   Filed 03/31/20   Page 5 of 5

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter shall be stayed until May 29, 2020 to facilitate the parties' mediation. The parties shall submit a report to the Court on or before that date regarding the outcome of the mediation. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be June 23, 2020 and the Case Management Conference currently scheduled for May 21, 2020, shall be continued to July 9, 2020 at 11:00 a.m. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 21 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference.

Dated:

_____
Honorable Beth L. Freeman
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION
CASE NO.: 5:19-cv-04596-BLF