PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
DOUGLAS J. BETETA (CA SBN 260377)
dbeteta@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION** |

1   Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their
2   undersigned counsel, hereby stipulate as follows:
3   WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;
4   WHEREAS, on April 1, 2020, pursuant to the parties' stipulation, the Court continued the stay of
5   the case pending mediation until May 29, 2020, set Defendant's deadline to respond to Plaintiff's Class
6   Action Complaint to June 23, 2020, and continued the Case Management Conference to July 9, 2020
7   (ECF No. 27);
8   WHEREAS, the parties previously scheduled a mediation for May 27, 2020, but given the
9   current COVID-19 pandemic, they have instead agreed to a mediation on June 25, 2020 with the Hon.
10  Daniel Weinstein and Cathy Yanni of JAMS, Inc.;
11  WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court
12  from unnecessarily expending resources pending mediation;
13  WHEREAS, the parties further agree that either party may terminate the stay upon written notice
14  to the opposing party. In that event, Defendant's response to Plaintiff's Class Action Complaint shall be
15  due 21 days thereafter, and the parties shall promptly propose a new date for the Case Management
16  Conference;
17  THEREFORE, subject to the approval of the Court, the parties agree and stipulate as
18  follows: This matter shall be stayed until June 29, 2020 to facilitate the parties' mediation. The
19  parties shall submit a report to the Court on or before that date regarding the outcome of the
20  mediation. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be
21  July 23, 2020 and the Case Management Conference currently scheduled for July 9, 2020, shall
22  be continued to July 30, 2020 at 11:00 a.m., or as soon thereafter as shall be convenient for the
23  Court. If, however, either party terminates the stay, Defendant's response to the Class Action
24  Complaint shall be due 21 days thereafter and the parties shall promptly submit a proposed date
25  for the Case Management Conference.
26
27  IT IS SO STIPULATED.
28

Dated: May 29, 2020         Respectfully submitted,

                            By:   /s/ Sean P. Gates
                                  Sean P. Gates
                                  CHARIS LEX P.C.
                                  Attorneys for Defendant
                                  TESLA, INC.

Dated: May 29, 2020         Respectfully submitted,

                            By:   /s/ Edward C. Chen
                                  Edward C. Chen
                                  LAW OFFICE OF EDWARD C. CHEN
                                  Attorneys for Plaintiff
                                  DAVID RASMUSSEN

Dated: May 29, 2020         Respectfully submitted,

                            By:   /s/ Nimish R. Desai
                                  Nimish R. Desai
                                  LIEFF CABRASER HEIMANN &
                                  BERNSTEIN, LLP
                                  Attorneys for Plaintiff
                                  DAVID RASMUSSEN

# ECF ATTESTATION

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai and Edward C. Chen have concurred in this filing.

Dated: May 29, 2020

By: /s/ Sean P. Gates
Sean P. Gates
CHARIS LEX P.C.
Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter shall be stayed until June 29, 2020 to facilitate the parties' mediation. The parties shall submit a report to the Court on or before that date regarding the outcome of the mediation. Defendant's deadline to respond to Plaintiff's Class Action Complaint shall be July 23, 2020 and the Case Management Conference currently scheduled for July 9, 2020, shall be continued to July 30, 2020 at 11:00 a.m. If, however, either party terminates the stay, Defendant's response to the Class Action Complaint shall be due 21 days thereafter and the parties shall promptly submit a proposed date for the Case Management Conference.

Dated: June 1, 2020

_____
Honorable Beth L. Freeman
Judge of the United States District Court