1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  SEAN P. GATES (CA SBN 186247)
   SGates@charislex.com
6  CHARIS LEX P.C.
   301 N. Lake Ave., Suite 1100
7  Pasadena, California 91101
   Telephone: 626.508.1717
8  Facsimile: 626.508.1730

9  Attorneys for Defendant TESLA, INC.

10

11                        UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

15 | DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated | Case No.:  5:19-cv-04596-BLF
16 |  |
17 |           Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION**
18 |      v. |
19 | TESLA, INC., a Delaware corporation. |
20 |           Defendant. |

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION

CASE NO.:  5:19-cv-04596-BLF

1  Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their
2  undersigned counsel, hereby stipulate as follows:
3  WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;
4  WHEREAS, this Court previously continued the stay of this litigation to facilitate the parties'
5  mediation (ECF No. 31);
6  WHEREAS, the parties had a mediation on July 24, 2020 with the Hon. Daniel Weinstein and
7  Cathy Yanni of JAMS, Inc.;
8  WHEREAS, the parties are continuing their discussions in good faith and require additional time
9  to complete them;
10  WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court
11  from unnecessarily expending resources pending mediation;
12  THEREFORE, subject to the approval of the Court, the parties agree and stipulate as
13  follows:  The parties will report to the Court with an update on October 30, 2020.  This matter
14  shall be stayed until that date, and all other case deadlines shall be vacated.

16  IT IS SO STIPULATED.

18  Dated:  August 13, 2020                    Respectfully submitted,

20                                              By:   /s/ Sean P. Gates
                                                      Sean P. Gates
21                                                    CHARIS LEX P.C.
                                                      Attorneys for Defendant
22                                                    TESLA, INC.

23  Dated:  August 13, 2020                    Respectfully submitted,

25                                              By:   /s/ Edward C. Chen
                                                      Edward C. Chen
26                                                    LAW OFFICE OF EDWARD C. CHEN
                                                      Attorneys for Plaintiff
27                                                    DAVID RASMUSSEN

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION
CASE NO.: 5:19-cv-04596-BLF

Dated:  August 13, 2020		Respectfully submitted,

		By:	/s/ Nimish R. Desai
			Nimish R. Desai
			LIEFF CABRASER HEIMANN &
			BERNSTEIN, LLP
			Attorneys for Plaintiff
			DAVID RASMUSSEN

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai and Edward C. Chen have concurred in this filing.

Dated:  August 13, 2020

By: */s/ Sean P. Gates*
Sean P. Gates
CHARIS LEX P.C.
Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties will report to the Court with an update on October 30, 2020. This matter shall be stayed until that date, and all other case deadlines shall be vacated.

Dated:

> Honorable Beth L. Freeman
> Judge of the United States District Court