PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION** |

1  Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their
2  undersigned counsel, hereby stipulate as follows:
3  WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;
4  WHEREAS, the parties had a mediation on July 24, 2020 with the Hon. Daniel Weinstein and
5  Cathy Yanni of JAMS, Inc.;
6  WHEREAS, this Court previously continued the stay of this litigation to facilitate the parties'
7  continuing discussions (ECF No. 33);
8  WHEREAS, the parties are continuing their discussions in good faith and require additional time
9  to complete them;
10 WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court
11 from unnecessarily expending resources pending mediation;
12 THEREFORE, subject to the approval of the Court, the parties agree and stipulate as
13 follows:  The parties will report to the Court with an update on December 15, 2020.  This matter
14 shall be stayed until that date, and all other case deadlines shall be vacated.

16 IT IS SO STIPULATED.

18 Dated:  November 3, 2020                     Respectfully submitted,

20                                              By:  /s/ Sean P. Gates
                                                    Sean P. Gates
21                                                   CHARIS LEX P.C.
                                                    Attorneys for Defendant
22                                                   TESLA, INC.

23 Dated:  November 3, 2020                     Respectfully submitted,

25                                              By:  /s/ Edward C. Chen
                                                    Edward C. Chen
26                                                   LAW OFFICE OF EDWARD C. CHEN
                                                    Attorneys for Plaintiff
27                                                   DAVID RASMUSSEN
28

Dated: November 3, 2020           Respectfully submitted,

                                  By:   /s/ Nimish R. Desai
                                        Nimish R. Desai
                                        LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
                                        Attorneys for Plaintiff
                                        DAVID RASMUSSEN

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai and Edward C. Chen have concurred in this filing.

Dated:  November 3, 2020

By: /s/ Sean P. Gates
Sean P. Gates
CHARIS LEX P.C.
Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties will report to the Court with an update on December 15, 2020. This matter shall be stayed until that date, and all other case deadlines shall be vacated.

Dated:

                                               Honorable Beth L. Freeman
                                               Judge of the United States District Court