PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC., a Delaware corporation.<br><br>　　　　　Defendant. | Case No.:  5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION** |

1    Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their
2    undersigned counsel, hereby stipulate as follows:
3    WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;
4    WHEREAS, the parties had a mediation on July 24, 2020 with the Hon. Daniel Weinstein and
5    Cathy Yanni of JAMS, Inc.;
6    WHEREAS, this Court previously continued the stay of this litigation to facilitate the parties'
7    continuing discussions (ECF No. 37);
8    WHEREAS, the parties are continuing their discussions in good faith and require additional time
9    to complete them;
10   WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court
11   from unnecessarily expending resources pending mediation;
12   THEREFORE, subject to the approval of the Court, the parties agree and stipulate as
13   follows:  The parties will report to the Court with an update on March 31, 2020.  This matter
14   shall be stayed until that date, and all other case deadlines shall be vacated.

16   IT IS SO STIPULATED.

17   Dated:  February 2, 2021                    Respectfully submitted,

19                                               By:    /s/ Sean P. Gates
20                                                      Sean P. Gates
                                                        CHARIS LEX P.C.
21                                                      Attorneys for Defendant
                                                        TESLA, INC.

23   Dated:  February 2, 2021                    Respectfully submitted,

25                                               By:    /s/ Nimish R. Desai
                                                        Nimish R. Desai
26                                                      LIEFF CABRASER HEIMANN &
                                                        BERNSTEIN, LLP
27                                                      Attorneys for Plaintiff
                                                        DAVID RASMUSSEN

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION

CASE NO.: 5:19-cv-04596-BLF

## ECF ATTESTATION

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai concurred in this filing.

Dated:  February 2, 2021

By: */s/ Sean P. Gates*
Sean P. Gates
CHARIS LEX P.C.
Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties will report to the Court with an update on March 31, 2020.  This matter shall be stayed until that date, and all other case deadlines shall be vacated.

Dated:

Honorable Beth L. Freeman<br>
Judge of the United States District Court