PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 5:19-cv-04596-BLF<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY DOUGLAS BETETA** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the undersigned request that Douglas Beteta be withdrawn as counsel of record for Tesla, Inc.

Mr. Beteta is no longer associated with the firm of Charis Lex P.C.  Other counsel of record will continue to represent Tesla in this matter.  As such, withdrawal of Mr. Beteta will cause no prejudice to any party.

Dated:  April 30, 2021                                  Respectfully submitted,


By:   */s/ Sean P. Gates*
      Sean P. Gates
      CHARIS LEX P.C.
      Attorneys for Defendant
      TESLA, INC.