PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.:  5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION** |

1    Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their

2  undersigned counsel, hereby stipulate as follows:

3    WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;

4    WHEREAS, the parties had a mediation on July 24, 2020 with the Hon. Daniel Weinstein and

5  Cathy Yanni of JAMS, Inc.;

6    WHEREAS, this Court previously continued the stay of this litigation to facilitate the parties'

7  continuing discussions (ECF No. 42);

8    WHEREAS, the parties are continuing their discussions in good faith and require additional time

9  to complete them;

10    WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court

11  from unnecessarily expending resources pending mediation;

12    THEREFORE, subject to the approval of the Court, the parties agree and stipulate as

13  follows:  The parties will report to the Court with an update on June 30, 2021.  This matter shall

14  be stayed until that date, and all other case deadlines shall be vacated.

15

16    IT IS SO STIPULATED.

17  Dated:  May 27, 2021                Respectfully submitted,

18

19                                By:    /s/ Sean P. Gates

20                                    Sean P. Gates
                                    CHARIS LEX P.C.
21                                    Attorneys for Defendant
                                    TESLA, INC.
22

23  Dated:  May 27, 2021                Respectfully submitted,

24

25                                By:    /s/ Nimish R. Desai

                                    Nimish R. Desai
26                                    LIEFF CABRASER HEIMANN &
                                    BERNSTEIN, LLP
27                                    Attorneys for Plaintiff
                                    DAVID RASMUSSEN
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION

CASE NO.:  5:19-cv-04596-BLF

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai concurred in this filing.

Dated:  May 27, 2021

By:   */s/ Sean P. Gates*
Sean P. Gates
CHARIS LEX P.C.
Attorneys for Defendant
TESLA, INC.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION

CASE NO.:  5:19-cv-04596-BLF

1

**[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties will report to the Court

3 with an update on June 30, 2021.  This matter shall be stayed until that date, and all other case deadlines

4 shall be vacated.

5

6 Dated:

7

8            _____

9             Honorable Beth L. Freeman
             Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION

CASE NO.:  5:19-cv-04596-BLF