1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  SEAN P. GATES (CA SBN 186247)
   SGates@charislex.com
6  CHARIS LEX P.C.
   301 N. Lake Ave., Suite 1100
7  Pasadena, California 91101
   Telephone: 626.508.1717
8  Facsimile: 626.508.1730

9  Attorneys for Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 5:19-cv-04596-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING MEDIATION** |

Plaintiff David Rasmussen ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 7, 2019, Plaintiff filed Class Action Complaint;

WHEREAS, the parties had a mediation on July 24, 2020 with the Hon. Daniel Weinstein and Cathy Yanni of JAMS, Inc.;

WHEREAS, this Court previously continued the stay of this litigation to facilitate the parties' continuing discussions (ECF No. 46);

WHEREAS, the parties are continuing their discussions in good faith and require additional time to complete them;

WHEREAS, the parties desire to preserve the status quo and prevent the parties and the Court from unnecessarily expending resources pending mediation;

THEREFORE, subject to the approval of the Court, the parties agree and stipulate as follows:  The parties will report to the Court with an update on July 16, 2021.  This matter shall be stayed until that date, and all other case deadlines shall be vacated.

IT IS SO STIPULATED.

Dated:  June 30, 2021                     Respectfully submitted,

                                          By:   /s/ Sean P. Gates
                                                Sean P. Gates
                                                CHARIS LEX P.C.
                                                Attorneys for Defendant
                                                TESLA, INC.

Dated:  June 30, 2021                     Respectfully submitted,

                                          By:   /s/ Nimish R. Desai
                                                Nimish R. Desai
                                                LIEFF CABRASER HEIMANN &
                                                BERNSTEIN, LLP
                                                Attorneys for Plaintiff
                                                DAVID RASMUSSEN

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with Local Rule 5-1, I hereby attest that Nimish Desai concurred in this filing.

Dated:  June 30, 2021

By:  */s/ Sean P. Gates*
Sean P. Gates
CHARIS LEX P.C.
Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties will report to the Court with an update on July 16, 2021. This matter shall be stayed until that date, and all other case deadlines shall be vacated.

Dated:

_____
Honorable Beth L. Freeman
Judge of the United States District Court