1  Robert J. Nelson (State Bar No. 132797)
   rnelson@lchb.com
2  Nimish R. Desai (State Bar No. 244953)
   ndesai@lchb.com
3  Nicholas R. Hartmann (State Bar No. 301049)
   nhartmann@lchb.com
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  *Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated, | Case No. 5:19-cv-04596-BLF |
| Plaintiff, | **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND DIRECTION OF NOTICE** |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, | |
| Defendant. | Date:        December 9, 2021<br>Time:       9:00 a.m.<br>Judge:      Hon. Beth Labson Freeman<br>Courtroom: 3 |

On July 28, 2021, Plaintiff David Rasmussen ("Plaintiff") filed a Motion for Preliminary Approval of Class Settlement and Direction of Notice Under Rule 23(e) (the "Preliminary Approval Motion").  *See* ECF No. 49.  Hearing on the Preliminary Approval Motion is scheduled for Thursday, December 9, 2021 at 9:00 a.m.

Pursuant to Civil Local Rule 7-3(a), any opposition to the Preliminary Approval Motion was due on or before Wednesday, August 11, 2021.  Plaintiff hereby notifies the Court that no party or non-party has filed a brief or other document objecting to or opposing the Preliminary

Approval Motion. Plaintiff also is unaware of any person or entity that has applied for permission to appear before the Court at the scheduled hearing on the Preliminary Approval Motion.

Accordingly, Plaintiff respectfully requests that the December 9, 2021 hearing be vacated and the Preliminary Approval Motion be decided on the papers; or, in the alternative, that the hearing be rescheduled to an earlier date. Defendant Tesla, Inc. does not oppose this request.

Dated: September 20, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Nimish R. Desai

Nimish R. Desai

Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
Nicholas R. Hartmann (State Bar No. 301049)
nhartmann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiff and the Proposed Class*