**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID RASMUSSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-04596-BLF<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF SERVICE AWARD**<br><br>[Re: ECF No. 56] |

The Court hereby STRIKES Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Award, with leave to refile a corrected version, for failure to comply with this Court's Standing Order. *See* Standing Order for Civil Cases § IV.F ("Footnotes shall be no less than 12-point type and shall be *double-spaced*. Footnotes shall not be used to cite to legal authorities or evidence. All citations to legal authorities or evidence shall be in the body of the brief. . . . In general, no more than *5 footnotes per brief* should be necessary.") (emphasis added).

**IT IS SO ORDERED.**

Dated: March 31, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge