Miles Lewis
TES1000615
2014 W. 84th Street
Los Angeles, CA. 90047
(323) 791-4403
May 1, 2022



# OBJECTION TO CLASS ACTION SETTLEMENT

Rasmussen et al. v. Tesla, Inc., No. 5:19-cv-04596-BLF

    I strongly object to this class action settlement because my Tesla Model S purchase cost approximately $10,000.00 additionally for the larger battery which extended its range. A $625.00 settlement is not acceptable. I want either my $10,000.00 refunded or my full 300 mile range restored. Tesla released subsequent software updates in July 2019 and March 2020 to fully restore maximum voltage and range over time as the vehicle is driven. HOWEVER, my vehicle range HAS NOT been restored as of todays date and the car has been driven approximately 52,700 miles.

*Miles Lewis*

Tesla should be responsible to service out of warranty vehicles until full/maximum mileage is restored!

\* VEHICLE DOCUMENTS AVAILABLE UPON REQUEST.



Miles Lewis
2014 W. 84th Street
Los Angeles, CA 90047

TESLA000615

OBJECTION TO CLASS ACTION SETTLEMENT

San Jose Courthouse, Courtroom 3, 5th Floor
280 S. 1st Street,
San Jose, CA 95113

Rasmussen et al. v. Tesla, Inc., No. 5:19-cv-04596-BLF

