Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID RASMUSSEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  5:19-cv-04596-BLF<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF SERVICE AWARD**<br><br>Date:          June 16, 2022<br>Time:         9:00 a.m.<br>Judge:       Hon. Beth Labson Freeman<br>Courtroom:  3 |

On March 31, 2022, Plaintiff David Rasmussen ("Plaintiff") filed a Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Award (the "Fee Motion"). *See* Dkt 58. Hearing on the Fee Motion is scheduled for Thursday, June 16, 2022 at 9:00 a.m. *See* Dkt. 54 (Prelim. Approval Order) ¶ 20(d)–(e).

Pursuant to Civil Local Rule 7-3(a), any brief in opposition to the Fee Motion was due on or before Thursday, April 14, 2022. Pursuant to the Court's Preliminary Approval Order, any objection to the requested attorneys' fees, expenses, or service award was due May 5, 2022. Dkt. 54 (Prelim. Approval Order) ¶¶ 17, 22. Plaintiff hereby notifies the Court that no party, Class Member, or non-party has filed a brief, objection, or other document objecting to or opposing the

Fee Motion.  Plaintiff also is unaware of any person or entity that has stated its intention to appear before the Court at the scheduled Final Approval Hearing.  *See* Dkt. 54 (Prelim. Approval Order) ¶ 18 (no appearance at hearing permitted for third parties or Class Members absent objection and statement of intent to appear).

Dated: May 26, 2022

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Nimish R. Desai
    Nimish R. Desai

Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel*